# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:23CR00178JAR |
| KODY L. WILLYARD, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Continue the Trial. (Doc. No. 39.)  For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue the Trial [Doc. No.39] is **GRANTED**.  Pursuant to 18 U.S.C. § 3161(h)(7), the interests of justice are served by a continuance, that the interests of justice outweigh the interest of the public and Defendant in a speedy trial, and that, therefore, any time elapsed is excludable time under the Speedy Trial Act.  The jury trial of this matter is continued to **Monday, June 24, 2024 at 9:00 a.m.**

Dated this 23rd day of April, 2024.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**